ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ZACHARY D. PECK, ESQ.
Nevada Bar No. 16127
**SGRO & ROGER**
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
tsgro@sgroandroger.com
zpeck@sgroandroger.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:23-cr-0101-JAD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| vs. | (First Request) |
| RICHARD MICHAEL PRINZI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by RICHARD MICHAEL PRINZI, by and through his attorneys, ANTHONY P. SGRO, ESQ. and ZACHARY D. PECK, ESQ., and the UNITED STATES OF AMERICA, by and through IMANI DIXON, ESQ., Assistant United States Attorney, that the Preliminary Hearing currently scheduled for June 7, 2023, at 11:30 AM, be vacated and continued no fewer than 30 days, to a date and time that is convenient to the Court.

The request for continuance is based upon the following:

1. The Parties have entered negotiations to expeditiously resolve this matter. Defendant has requested additional conferences with undersigned counsel to thoroughly review all terms and collateral considerations related to the Government's offer.

1

2. Counsel anticipates that Defendant will formally accept or reject the offer in the days following a conference scheduled for the afternoon of June 6.

3. Given the pending resolution of this matter, the resources of the Court, the Government, and the Defendant would be preserved by continuing the Preliminary Hearing until the current negotiation is complete.

4. The United States Attorney has no objection to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

DATED: June 6, 2023.

Respectfully submitted,

/s/ *Anthony P. Sgro*
Anthony P. Sgro, Esq.
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Attorney for Defendant

/s/ *Imani Dixon*
Imani Dixon, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Attorney for Plaintiff

/s/ *Zachary D. Peck*
Zachary D. Peck, Esq.
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Attorney for Defendant

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ZACHARY D. PECK
Nevada Bar No. 16127
**SGRO & ROGER**
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
tsgro@sgroandroger.com
zpeck@sgroandroger.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:23-cr-0101-JAD-BNW |
| Plaintiff, | |
| vs. | **ORDER** |
| RICHARD MICHAEL PRINZI, | (First Request) |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for June 7, 2023, at the hour of 11:30 A.M., is vacated and continued to the 7th day of July, 20 23, at the hour of 1:00 p.m.

DATED AND DONE this 6th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3