JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6138 (702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00101-JAD-BNW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE JURY TRIAL |
| RICHARD PRINZI, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Alanna Bondy, counsel for Defendant, that the jury trial in the above-captioned matter, currently scheduled for July 25, 2023, at the hour of 9:00 a.m., be vacated and continued for not less than seven (7) months past the current trial setting, to a date and time that is convenient to the Court.

This stipulation is entered into for the following reasons:

1.     The parties have entered into a Petty Offense Diversion Agreement with respect to this matter.

2.     The parties agree to the continuance.

3. The defendant is not currently detained pending trial and does not object to a continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow time for the parties to enter the Petty Offense Diversion Agreement on the record and to allow time for the Defendant to complete the conditions outlined in the Petty Offense Diversion Agreement.[1]

5. The additional time requested by this Stipulation is excludable in computing the time for which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(2).

6. This is the first request for continuance of the trial in this case.

DATED this 26th day of June, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Alanna Bondy                     /s/ Imani Dixon
ALANNA BONDY                         IMANI L. DIXON
Counsel for defendant                Assistant United States Attorney
**RICHARD PRINZI**

---

[1] The parties have stipulated to continuing the prosecution for six (6) months, during which time the Defendant must (1) not have any adverse law enforcement contact and (2) not have any direct contact with the alleged victim with the exception of contact that is necessary for their pending civil case. The Petty Offense Diversion Agreement contemplates the Government dismissing this matter upon completion of the aforementioned conditions.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00101-JAD BNW |
| Plaintiff, | |
| vs. | ORDER CONTINUING JURY TRIAL |
| RICHARD PRINZI, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the jury trial in the above-captioned matter currently scheduled for July 25, 2023, at the hour of 9:00 a.m., be vacated and continued to the 5th day of March, 2024, at the hour of 9:00 a.m..

DATED AND DONE this 30th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3