AO 86A Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

UNITED STATES DISTRICT COURT
for the _____ District of Nevada

United States of America )
)
v. ) Case No. 2:23-cr-0101-JAD-BNW
)
RICHARD MICHAEL PRINZI )
*Defendant*

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver:

*Government representative's signature*

Imani Dixon, Esq., Assistant United States Attorney
*Government representative's printed name & title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

Zachary D. Peck, Esq.
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: 06/28/2023

Approved by: _____
*Magistrate Judge's signature*

Dated June 29, 2023